# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

DENOISYO STEVENSON,                      )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )      CIVIL ACTION
                                         )
CITY OF MANCHESTER, GEORGIA;             )      FILE NO. _____
GARY COUCH, in his official and individual )
capacity as Chief of Police for the City of )
Manchester, Georgia; OFFICER JOEL        )
HARPER, INDIVIDUALLY AND IN his          )
official capacity; OFFICER JOE HARRISON,  )
Individually and in his official capacity and )
JOHN DOE in his official and individual  )
capacity,                                )
                                         )
    Defendants.                          )

## NOTICE OF REMOVAL

COME NOW, the Defendants CITY OF MANCHESTER, GEORGIA; GARY COUCH; OFFICER JOEL HARPER; and OFFICER JOE HARRISON, in his official and individual capacity in the above-styled action (hereinafter referred to as "Defendants"), and pursuant to 28 U.S.C. § 1446 file this Notice of Removal and respectfully show the Court the following:

1.

Plaintiff filed suit against the Defendants in the Superior Court of Meriwether County, which county is within the Newnan Division of this Court. This suit is styled as above and is Civil Action No. 2016-cv – 0123 in that court.

2.

Plaintiff's Complaint was filed on May 16, 2016 in the Superior Court of Meriwether County. Defendants show that this Notice of Removal is filed within 30 days from the filing date of the Summons and Complaint.

3.

As it appears from the copy of Plaintiff's Complaint, Plaintiff seeks recovery from the Defendants for alleged violations of federal law, namely the First, Fourth, Fifth, Eighth and Fourteenth Amendments of the United States Constitution, pursuant to 42 U.S.C. § 1983 (See Plaintiff's Complaint, Count One, ¶¶ 19-21).

4.

Plaintiff's civil action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343, and is one which may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and this civil action is one over which this District Court has original jurisdiction because it is founded on a claim arising out of the Constitution and laws of the United States.

5.

The Defendants attach hereto as Exhibit 1 a copy of all process and pleadings served upon the Defendants in this referenced action.

6.

Defendants have given written notice to the Clerk of the Superior Court of Meriwether County of filing this Notice of Removal. A copy of the Notice of Filing the Notice of Removal is attached hereto as Exhibit 2. Defendants' Answer and Defenses filed in Superior Court of Meriwether County is attached hereto as Exhibit 3.

7.

The undersigned have read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact; is warranted by existing law or an extension or modification of existing law; and is not interposed for any improper purposes such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

WHEREFORE, Defendants respectfully request that this Court assume full jurisdiction of the controversy now pending between the Plaintiff and the Defendants named in the above-styled case in the Superior Court of Meriwether County as provided by law.

Respectfully submitted, this 15th day of June, 2016.

DERMER APPEL RUDER, LLC

By:   /s/ Adam L. Appel

ADAM L. APPEL

State Bar No.: 020765

*Attorney for Defendants*

Dermer Appel Ruder, LLC
6075 The Corners Pkwy., Ste. 210
Peachtree Corners, Georgia 30092
P:  (404) 881-2622
F:  (404) 892-8886
aappel@darlawllc.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| DENOISYO STEVENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| CITY OF MANCHESTER, GEORGIA; | ) | FILE NO. _____ |
| GARY COUCH, in his official and individual | ) | |
| capacity as Chief of Police for the City of | ) | |
| Manchester, Georgia; OFFICER JOEL | ) | |
| HARPER, INDIVIDUALLY AND IN his | ) | |
| official capacity; OFFICER JOE HARRISON, | ) | |
| Individually and in his official capacity and | ) | |
| JOHN DOE in his official and individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant's Notice of Removal** upon the Clerk of the Court and upon all parties to this matter by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Graylin C. Ward, Esq.
27 East Broad Street
Newnan, Georgia 30263
(770) 251-1289
gward@numail.org

-5-

-6-

This 15th day of June, 2016.

/s/ Adam L. Appel
ADAM L. APPEL
State Bar No.: 020765
*Attorneys for Defendants*

Dermer Appel Ruder, LLC
6075 The Corners Pkwy., Ste. 210
Peachtree Corners, Georgia 30092
P:  (404) 881-2622
F:  (404) 892-8886
aappel@darlawllc.com