EFILED IN OFFICE
CLERK OF SUPERIOR COURT
MERIWETHER COUNTY, GEORGIA
**2016-CV-0123**
JUN 15, 2016 02:32 PM

Kyemeshia T. Gibson
Kyemeshia "Kye" T. Gibson, Clerk
Meriwether County, Georgia

# IN THE SUPERIOR COURT OF MERIWETHER COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DENOISYO STEVENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| CITY OF MANCHESTER, GEORGIA; ) | FILE NO.  2016-CV-0123 |
| GARY COUCH, in his official and individual ) | |
| capacity as Chief of Police for the City of ) | |
| Manchester, Georgia; OFFICER JOEL ) | |
| HARPER, INDIVIDUALLY AND IN his ) | |
| official capacity; OFFICER JOE HARRISON, ) | |
| Individually and in his official capacity and ) | |
| JOHN DOE in his official and individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING NOTICE OF REMOVAL OF DEFENDANTS
CITY OF MANCHESTER, GEORGIA; GARY COUCH, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY AS CHIEF OF POLICE FOR THE CITY
OF MANCHESTER, GEORGIA; OFFICER JOEL HARPER,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; OFFICER JOE
HARRISON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND
<u>JOHN DOE IN HIS OFFICIAL AND INDIVIDUAL CAPACITY</u>**

TO: Ms. Judy Weldon
    Clerk's Office
    Meriwether Superior Court
    P.O. Box 160
    Greenville, GA  30222

YOU ARE HEREBY NOTIFIED that the Defendants CITY OF MANCHESTER, GEORGIA; GARY COUCH; OFFICER JOEL HARPER; and OFFICER JOE HARRISON (hereinafter referred to as "Defendants") in the above-

-2-

styled lawsuit filed in the Superior Court of Newnan County State of Georgia, denominated with Civil Action No. 2016-CV-0123 have this day filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Newnan Division, together with a copy of all process and pleading served upon the Defendants in this case. A copy of the Notice of Removal is attached hereto and marked Exhibit "A".

Respectfully submitted, this 15th day of June, 2016.

                                                DERMER APPEL RUDER, LLC

                                                By: */s/ Adam L. Appel*
                                                      ADAM L. APPEL
                                                      State Bar No.: 020765
                                                      *Attorney for Defendants*

Dermer Appel Ruder, LLC
6075 The Corners Pkwy., Ste. 210
Peachtree Corners, Georgia 30092
P: (404) 881-2622
F: (404) 892-8886
aappel@darlawllc.com

## IN THE SUPERIOR COURT OF MERIWETHER COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DENOISYO STEVENSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF MANCHESTER, GEORGIA; )<br>GARY COUCH, in his official and individual )<br>capacity as Chief of Police for the City of )<br>Manchester, Georgia; OFFICER JOEL )<br>HARPER, INDIVIDUALLY AND IN his )<br>official capacity; OFFICER JOE HARRISON, )<br>Individually and in his official capacity and )<br>JOHN DOE in his official and individual )<br>capacity, )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>FILE NO.   2016-CV-0123 |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed and served a copy of the **Defendant's Notice of Filing Notice of Removal** with the Clerk of the Court and upon all parties to this matter by using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Graylin C. Ward, Esq.<br>
27 East Broad Street<br>
Newnan, Georgia 30263<br>
gward@numail.org<br>
(770) 251-1289

This 15th day of June, 2016.

                                                ADAM L. APPEL
                                                State Bar No.: 020765
                                                *Attorneys for Defendants*

Dermer Appel Ruder, LLC
6075 The Corners Pkwy., Ste. 210
Peachtree Corners, Georgia 30092
P:  (404) 881-2622
F:  (404) 892-8886
aappel@darlawllc.com