# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION
### PO BOX 939
### NEWNAN, GA 30264

**JAMES N. HATTEN**
**CLERK OF COURT**                                                                                   678-423-3060

August 1, 2016

**Clerk, Superior Court of Meriwether County**
**100 Courthouse Square, Floor 1**
**Greenville, GA 30222**

RE:   Stevenson v. City of Manchester, et al
      Your Case Number: 2016cv123

Dear Madam/Sir:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said case to your court.

    Sincerely,

    James N. Hatten,
    Clerk of Court

    By:   s/Robin Harlan
           Deputy Clerk

Enclosure